ion. Order affirmed, with $10 costs and disbursements. Order filed.

McEVOY v. SOCIETY ANONYME. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by William J. McEvoy against the Society Anonyme, etc. No opinion. Motion denied, with $10 costs. Order filed.

McGAHIE, Appellant, v. SPROAT, Respondent. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Jennie McGahie against John A. Sproat, administrator, etc., of Bridget T. McClennen, deceased. No opinion. Motion for leave to appeal to the Court of Appeals denied.

McGORRAY, Respondent, v. CROSS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by Hugh McGorray against Judson J. Cross and another. No opinion. Judgment affirmed, with costs.

McGOWAN, Appellant, v. CLARK, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Edward J. McGowan against John Mitchel Clark. No opinion. Order setting aside verdict and granting new trial affirmed, with costs, on the ground that the verdict was against the weight of evidence on the question of an account stated.

McGRATH, Respondent, v. KLEINFELD et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Margaret McGrath against Isaac Kleinfeld and Isaac Rothfeld. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

McILVAINE v. STEINSON. (Supreme Court, Appellate Division, First Department. December, 1905.) Action by Tompkins McIlvaine against George Steinson. No opinion. Motion granted.

McKELVEY et al., Respondents, v. WADDINGTON, Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by John J. McKelvey and others against Francis Waddington, impleaded, etc. F. H. Wadsworth, for appellant. S. S. Terry, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McKIE, Tax Collector, Respondent, v. KELLOGG LAND CO. et al., Appellants (six cases). (Supreme Court, Appellate Division, Fourth Department. July 12, 1906. Actions by John McKie, as tax collector, against the Kellogg Land Company, impleaded, etc., and five other cases against the same defendant. No opinion. Interlocutory judgments affirmed, without costs, upon filing stipulations with leave to defendant the Kellogg Land Company to plead over within 20 days from entry of the judgment herein and service of a copy thereof with notice of entry.

McLAREN, Respondent, v. FRANKLIN TRUST CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by William McLaren, an infant, etc., against the Franklin Trust Company and others. No opinion. Judgment and order amending the judgment unanimously affirmed, with costs.

McNEILL v. KAMBER. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by James McNeill against Morris Kamber. No opinion. Motion granted, with $10 costs. Order filed.

McPHILLIPS, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Matthew McPhillips against the Manhattan Railway Company and another. J. O. Nicholls, for appellants. W. G. Peckham, for respondent. No opinion. Judgment modified by reducing the amount awarded for fee damage to $2,000, and by reducing the amount awarded for rental damage to $200 per annum, and, as so modified, affirmed, without costs. Settle order on notice.

McWEENEY. Respondent, v. WHALE CREEK IRON WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Mary McWeeney, as administratrix, etc., against the Whale Creek Iron Works. No opinion. Order affirmed, with $10 costs and disbursements.

McWHIRTER v. BOWEN et al. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by William H. McWhirter against Abner T. Bowen and others, impleaded with Alwin Eisert. Henry B. Johnson, for appellants. James M. Fisk, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re MADEO. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) In the matter of the judicial settlement of the account of Antonio Madeo, as executor of the last will and testament of Joseph Prestera, sometimes known as Giusepe Prestera, deceased. No opinion. Motion to dismiss appeal granted.

MAHONEY, Appellant, v. O'BRIEN, Fire Com'r, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Jeremiah F. Mahoney against John H. O'Brien, fire commissioner, etc. R. P. Chittenden, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re MAIRES. (Supreme Court, Appellate Division, Second Department. June 19, 1906.) In the matter of the application of Samuel Evans Maires for admission to practice as attorney and counselor at law in all the courts of the state of New York. No opinion. Motion for admission to the bar granted.